**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMAGEO HALL, | Case No. LACV 15-7602-SVW (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JEFF MACOMBER, | |
| Respondent. | |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: __January 19, 2018__

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE